1470

**01–2090. Grabowski v. Natl. Fire Ins. Co.**
Cuyahoga App. No. 78712. Appeal allowed and cause held for the decision in 01–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251; briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**01–2100. Landmark Ins. Co. v. Cincinnati Ins. Co.**
Portage App. No. 2000–P–0093.

MOYER, C.J., dissents.

COOK, J., not participating.